AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 641 - Count One: Theft of Government Property

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Class A Misdemeanor
Maximum Imprisonment: 1 year / Supervised Release: 1 year
Maximum Fine: $100,000
Mandatory Special Assessment: $25
Criminal Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
2013 JAN -2 A 11:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

**DEFENDANT**

▶ DARMETRA D. DALTON

MAG

DISTRICT COURT NUMBER

CR 13 001

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Social Security Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Heather M. Melton (SAUSA)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
3823 Brookdale Ave., Oakland, California 94619

Date/Time: 1/28/13 at 9:30 a.m.    Before Judge: Corley, 15th Fl, Rm. F

Comments: Federal Public Defender Located on the 19th Floor

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

FILED

2013 JAN -2 A II: 35

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,  )  CR 13 0001 MAG
    Plaintiff,  )  VIOLATION: 18 U.S.C. § 641 – Theft
    )  of Government Property (Class A
    v.  )  Misdemeanor); 18 U.S.C. § 981(a)(1)(C),
    )  28 U.S.C. § 2461(c) – Criminal Forfeiture
DARMETRA D. DALTON,  )
    )  SAN FRANCISCO VENUE
    Defendant.  )

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 641 – Theft of Government Property)

    1.    Beginning in or about June 2007 and continuing until in or about December 2009, in the Northern District of California and elsewhere, the defendant,

DARMETRA D. DALTON,

did knowingly and willfully (1) embezzle, steal, purloin, and convert to her own use things of value of the United States and a department and agency thereof, namely Social Security Administration benefits and (2) receive, conceal, and retain the same with the intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code, Section 641.

INFORMATION

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

2. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

3. Upon conviction of the offense alleged in Count One of this Information, the defendant,

DARMETRA D. DALTON,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to

//
//
//
//
//
//
//
//
//
//

1 | Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code,
2 | Section 2461(c).
3 |
4 | DATED: JANUARY 2, 2013            MELINDA HAAG
                                      United States Attorney
5 |
6 |
7 |                                   /s/ W. Douglas Sprague
                                      DOUG SPRAGUE
                                      Chief, Economic Crimes and Securities Fraud
8 |
9 |
10 | Approved as to form:
11 |
12 | /s/ Heather M. Melton
    HEATHER M. MELTON
13 | Special Assistant United States Attorney

...