# United States District Court
# Northern District of California

FILED

2013 JAN -2 A 11: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:**
USA v. DARMETRA DALTON

**Case Number:**
CR 13 001  MAG

**Total Number of Defendants:**
1 ✓         2-7 _____       8 or more _____

**Is This Case Under Seal?**
Yes _____       No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes _____       No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓       OAK _____       SJ _____

**Is this a death-penalty-eligible RICO Act gang case?**
Yes _____       No ✓

**Assigned AUSA (Lead Attorney):**
SAUSA Heather M. Melton

**Comments:**

**Date Submitted:**
January 2, 2013

December 2011

PRINT