1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DANIEL P. TALBERT (SBN OH 0084088)
   Special Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-6559
7         FAX: (415) 436-7200
          Daniel.Talbert@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                ‘   SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   NO. 13-CR-00001 LB
14                                   )
          Plaintiff,                 )   NOTICE OF DISMISSAL :  ORDER
15                                   )
       v.                            )
16                                   )
   DARMETRA DALTON,                  )
17                                   )
          Defendant.                 )
18  _____)

19

20       With leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), and because the

21  defendant has, more or less, successfully completed her eighteen-month period of pre-trial diversion, the

22  United States Attorney for the Northern District of California dismisses the above information with

23  prejudice.

24  DATED: 2/4/2015                          Respectfully submitted,

25                                           MELINDA HAAG
                                             United States Attorney
26

27

28                                           DAVID R. CALLAWAY
                                             Chief, Criminal Division

NOTICE OF DISMISSAL (CR 13-0001 LB)

1    Leave is granted to the government to dismiss the above-captioned information with prejudice.

2

3

4    Date: February 9, 2015                                    _____

5                                                              HON. LAUREL BEELER
                                                              United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL (CR 13-0001 LB)